UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: TURNER, MARK A § Case No. 10-76141
TURNER, MELODY M. §
§
Debtor(s) §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Room 110
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 10/26/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: / /     By:   /s/ STEPHEN G. BALSLEY
                                                        Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: TURNER, MARK A | § | Case No. 10-76141 |
| TURNER, MELODY M. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 3,560.14 |
| *and approved disbursements of* | $ 33.05 |
| *leaving a balance on hand of* [1] | $ 3,527.09 |
| **Balance on hand:** | $ 3,527.09 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 3,527.09 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 890.04 | 0.00 | 890.04 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 888.00 | 0.00 | 888.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,778.04 |
| Remaining balance: | $ 1,749.05 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,749.05

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,749.05

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,670.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | National Bank & Trust Company | 0.00 | 0.00 | 0.00 |
| 1 -2 | National Bank & Trust Company | 6,127.64 | 0.00 | 251.17 |
| 2 | Mutual Management Services | 1,143.11 | 0.00 | 46.86 |
| 3 | Midwest Surgery | 44.80 | 0.00 | 1.84 |
| 4 | Chase Bank USA, N.A. | 9,820.71 | 0.00 | 402.55 |
| 5 | Chase Bank USA, N.A. | 5,687.59 | 0.00 | 233.13 |
| 6 | Chase Bank USA,N.A | 595.12 | 0.00 | 24.39 |
| 7 | American Express Centurion Bank | 683.04 | 0.00 | 28.00 |
| 8 | Ford Motor Credit Company | 11,612.08 | 0.00 | 475.97 |
| 9 | Capital Recovery IV LLC | 726.64 | 0.00 | 29.78 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 10 | Capital Recovery IV LLC | 1,433.30 | 0.00 | 58.75 |
| 11 | Capital Recovery IV LLC | 4,796.48 | 0.00 | 196.61 |

Total to be paid for timely general unsecured claims: $ 1,749.05
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                        Case No. 10-76141-MB
Mark A Turner                                                                 Chapter 7
Melody M. Turner
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: froman            Page 1 of 2             Date Rcvd: Oct 06, 2011
                              Form ID: pdf006         Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2011.
```
db/jdb     +Mark A Turner,   Melody M. Turner,   304 South Hadsall Street,   Genoa, IL 60135-1221
16560746    ABC Credit Recovery,    P.O.Box 3722,   Lisle, IL 60532-8722
16560747    ACC International,    ACC Building,   919 Estes Court,   Schaumburg, IL 60193-4427
16560751   +AMO Recoveries,    6737 West Washington Street,   Suite 3118,   West Allis, WI 53214-5656
16560748    Alliance Collection Agencies, Inc.,    P.O.Box 1267,   Marshfield, WI 54449-7267
16560749    Alllied Interstate,    P.O.Box 1962,   Southgate, MI 48195-0962
16560750    American Express,    P.O.Box 297879,   Ft. Lauderdale, FL 33329-7879
16958304    American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16560753   +Arrow Financial,    5996 West Touhy Drive,   Niles, IL 60714-4610
16560754    Aspirus Wausau Hospital,    P.O.Box 1008,   Wausau, WI 54402-1008
16560755    Assoicieted Imaging Specialists,    1121 Lake Cook Road,   Suite M,   Deerfield, IL 60015-5234
16560756    Aurora Radiology Consultants,    1325 North Highland Avenue,   Aurora, IL 60506-1449
16560757   +BCBS of Minnesota,    P.O.Box 64676,   Route M103,   St. Paul, MN 55164-0676
16560758   +Blue Cross,    P.O.Box 64676,   Route M103,   St. Paul, MN 55164-0676
16560759   +Cabela's Visa Center,    P.O.Box 82609,   Lincoln, NE 68501-2609
16560760   +Central DuPage Hospital,    25 North Winfield Road,   Winfield, IL 60190-1295
16560761    Chase,    P.O.Box 15298,   Wilmington, DE 19850-5298
16819789    Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
16917172   +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
16560762   +Chase Home Equity,    P.O.Box 24714,   Columbus, OH 43224-0714
16560763   +Citibank Client Services,    100 Citibank Drive,   San Antonio, TX 78245-3202
16560766   +Department Stores National Bank,    701 East 60th Street,   Sioux Falls, SD 57104-0432
16560767    Dependon Collection Service, Inc.,    P.O.Box 6074,   River Forest, IL 60305-6074
16560768   +Elgin Gastroenterology,    745 Fletcher Drive,   Suite 202,   Elgin, IL 60123-4749
16560769   +Elgin Laboratory Physicians,    P.O.Box 1515,   Addison, IL 60101-8515
17056119    Ford Motor Credit Company,    Freedman Anselmo Lindberg LLC,   PO Box 3216,
             Naperville, IL 60566-7216
16560770    Ford Motor Credit Company,    P.O.Box 6508,   Mesa, AZ 85216-6508
16560771   +Freedman Anselmo Lindberg, LLC,    P.O.Box 3228,   Naperville, IL 60566-3228
16560772   +GC Services Ltd,    6330 Gulfton,   Houston, TX 77081-1198
16560773    Grandview Health System,    N110561 Grandview Lane,   Ironwood, MI 49938-9359
16560777   +HSBC Card Services,    Attn: Exception Dept.,   1301 East Tower Road,   Schaumburg, IL 60173-4331
16560775    Health Lab,    25 North Winfield Road,   Winfield, IL 60190-1295
16560776   +Healthcare Recovery Solutions,    1515 190th Street,   Suite 350,   Gardena, CA 90248-4910
16560779   +IPC of Illinois,    P.O.Box 92934,   Los Angeles, CA 90009-2934
16560780   +Kelly Lovejoy, PA,    Swedish American IHC Emergency Phys.,   1401 E. State Street,
             Rockford, IL 61104-2315
16560785   +MEA-SJMC, LLC,    Dept. 20-6009,   P.O.Box 5990,   Carol Stream, IL 60197-5990
16560786   +Midwest Surgery,    2210 Dean Street,   Suite B,   St. Charles, IL 60175-1059
16560787    MiraMed Revenue Group,    P.O.Box 536,   Linden, MI 48451-0536
16560788   +Mutual Management Services,    P.O.Box 4777,   Rockford, IL 61110-4777
16560791    NCO Financial Systems,    P.O.Box 15391,   Wilmington, DE 19850-5391
16560789   +National Bank & Trust Company,    230 West State Street,   Sycamore, IL 60178-1489
16560790    National City Mortgage,    3232 Newmark Drive,   Miamisburg, OH 45342-5421
16560792    Northern Illinois Scanning,    P.O.Box 4073,   Rockford, IL 61110-0573
16560794    OSF St. Anthony Medical Center,    5510 East State Street,   Rockford, IL 61108-2381
16560793   +Orthopedic & Spine Surgery,    2350 Royal Boulveard,   #200,   Elgin, IL 60123-4718
16560796   +Provena St. Joseph Hospital,    77 North Airlite,   Elgin, IL 60123-4998
16560797   +Radiology Associates of Wausau,    2715 West Frank Street,   Eau Claire, WI 54703-2593
16560798   +Radiology Consultants of Rockford,    P.O.Box 4542,   Rockford, IL 61110-4542
16560799    Reddy Medial Associates,    P.O.Box 2184,   Indianapolis, IN 46206-2184
16560800   +Redline Recovery,    11675 Rainwater Drive,   Suite 350,   Alpharetta, GA 30009-8693
16560802   +Revenue Cycle Partners,    2870 Stoner Court,   Suite 300,   North Liberty, IA 52317-8525
16560803    Sears / Citibank,    P.O.Box 6283,   Sioux Falls, SD 57117-6283
16560804    Surgical Associates,    2400 Pine Boulevard,   Wausau, WI 54401
16560805   +Swedish American Hospital,    1401 East State Street,   Rockford, IL 61104-2298
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16560752       E-mail/Text: RBALTAZAR@ARMORSYS.COM Oct 07 2011 01:35:38     Armor Systems Corporation,
               1700 Kiefer Drive,   Suite 1,   Zion, IL 60099-5105
17181028       E-mail/PDF: rmscedi@recoverycorp.com Oct 07 2011 03:42:19     Capital Recovery IV LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
16560765       E-mail/Text: clerical.department@yahoo.com Oct 07 2011 01:36:18
               Creditors Collection Bureau, Inc.,    P.O.Box 63,   Kankakee, IL 60901-0063
16560774       E-mail/Text: bankruptcy@hraccounts.com Oct 07 2011 01:33:28     H & R Accounts,   P.O.Box 672,
               Moline, IL 61266-0672
16560778       E-mail/Text: Bankruptcy@icsystem.com Oct 07 2011 01:50:23     I.C. System, Inc,   P.O.Box 64437,
               St. Paul, MN 55164-0437
16560781      +E-mail/Text: rherlien@kishhospital.org Oct 07 2011 01:37:23     Kishwaukee Community Hospital,
               P.O.Box 846,   DeKalb, IL 60115-0846
16560782       E-mail/PDF: cr-bankruptcy@kohls.com Oct 07 2011 03:42:12     Kohl's,   P.O.Box 3043,
               Milwaukee, WI 53201-3043
```

```
District/off: 0752-3          User: froman              Page 2 of 2                  Date Rcvd: Oct 06, 2011
                              Form ID: pdf006           Total Noticed: 66
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
16560784     +E-mail/Text: resurgentbknotifications@resurgent.com Oct 07 2011 01:33:12      LVNV Funding, Inc.,
              15 South Main Street,   Suite 700,   Greenville, SC 29601-2793
16560783     +E-mail/PDF: gecsedi@recoverycorp.com Oct 07 2011 03:42:19      Lowe's GEMB,   Bankruptcy Dept.,
              P.O.Box 103104,   Roswell, GA 30076-9104
16560787      E-mail/Text: mmrgbk@miramedrg.com Oct 07 2011 01:50:24      MiraMed Revenue Group,   P.O.Box 536,
              Linden, MI 48451-0536
16560795     +E-mail/Text: BKProcessing@ssiincusa.com Oct 07 2011 01:36:18      Oxford Management Services,
              P.O.Box 1991,   Southgate, MI 48195-0991
16560801     +E-mail/Text: resurgentbknotifications@resurgent.com Oct 07 2011 01:33:12
              Resurgent Capital Services,   P.O.Box 10497,   Greenville, SC 29603-0497
16560806     +E-mail/PDF: BankruptcyEBN@afninet.com Oct 07 2011 03:41:05      Verizon,   P.O.Box 11328,
              St. Petersburg, FL 33733-1328
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16560764     ##+Consultants In Diagnostic Imaging,   P.O.Box 865,   DeKalb, IL 60115-0865
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 08, 2011**                           **Signature:**    *Joseph Speetjens*