# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: TURNER, MARK A | § | Case No. 10-76141 |
| TURNER, MELODY M. | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $184,387.42 *(without deducting any secured claims)* | Assets Exempt: $45,900.00 |
| Total Distribution to Claimants: $1,749.05 | Claims Discharged Without Payment: $220,382.32 |
| Total Expenses of Administration: $1,811.09 | |

3) Total gross receipts of $ 3,560.14 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $3,560.14 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $151,123.12 | $11,663.62 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,111.09 | 1,811.09 | 1,811.09 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 221,313.56 | 42,670.51 | 42,670.51 | 1,749.05 |
| **TOTAL DISBURSEMENTS** | $372,436.68 | $56,445.22 | $44,481.60 | $3,560.14 |

4) This case was originally filed under Chapter 7 on December 17, 2010. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/03/2012                By: /s/STEPHEN G. BALSLEY
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Federal Tax Refund including $800.00 "Making Wor | 1124-000 | 3,560.00 |
| Interest Income | 1270-000 | 0.14 |
| **TOTAL GROSS RECEIPTS** | | $3,560.14 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | National Bank & Trust Company | 4110-000 | 13,341.12 | 11,663.62 | 0.00 | 0.00 |
| NOTFILED | Chase Home Equity | 4110-000 | 24,429.00 | N/A | N/A | 0.00 |
| NOTFILED | National City Mortgage | 4110-000 | 113,353.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $151,123.12 | $11,663.62 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 890.04 | 890.04 | 890.04 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,188.00 | 888.00 | 888.00 |

**UST Form 101-7-TDR (10/1/2010)**

| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3.91 | 3.91 | 3.91 |
| The Bank of New York Mellon | 2600-000 | N/A | 4.14 | 4.14 | 4.14 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,111.09 | 1,811.09 | 1,811.09 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | National Bank & Trust Company | 7100-000 | N/A | 6,127.64 | 6,127.64 | 251.17 |
| 2 | Mutual Management Services | 7100-000 | 1,143.11 | 1,143.11 | 1,143.11 | 46.86 |
| 3 | Midwest Surgery | 7100-000 | 34.80 | 44.80 | 44.80 | 1.84 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 15,508.28 | 9,820.71 | 9,820.71 | 402.55 |
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 5,687.59 | 5,687.59 | 233.13 |
| 6 | Chase Bank USA,N.A | 7100-000 | 551.10 | 595.12 | 595.12 | 24.39 |
| 7 | American Express Centurion Bank | 7100-000 | 636.49 | 683.04 | 683.04 | 28.00 |
| 8 | Ford Motor Credit Company | 7100-000 | 11,478.40 | 11,612.08 | 11,612.08 | 475.97 |
| 9 | Capital Recovery IV LLC | 7100-000 | 7,903.55 | 726.64 | 726.64 | 29.78 |
| 10 | Capital Recovery IV LLC | 7100-000 | N/A | 1,433.30 | 1,433.30 | 58.75 |
| 11 | Capital Recovery IV LLC | 7100-000 | 4,596.97 | 4,796.48 | 4,796.48 | 196.61 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Kishwaukee Community Hospital | 7100-000 | 1,023.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | MEA-SJMC, LLC | 7100-000 | 69.00 | N/A | N/A | 0.00 |
| NOTFILED | LVNV Funding, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Kelly Lovejoy, PA Swedish American IHC Emergency | 7100-000 | 345.00 | N/A | N/A | 0.00 |
| NOTFILED | I.C. System, Inc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | IPC of Illinois | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | GC Services Ltd | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Freedman Anselmo Lindberg, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Grandview Health System | 7100-000 | 216.73 | N/A | N/A | 0.00 |
| NOTFILED | Health Lab | 7100-000 | 339.35 | N/A | N/A | 0.00 |
| NOTFILED | H & R Accounts | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services | 7100-000 | 1,597.28 | N/A | N/A | 0.00 |
| NOTFILED | Healthcare Recovery Solutions | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MiraMed Revenue Group | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | OSF St. Anthony Medical Center | 7100-000 | 2,991.95 | N/A | N/A | 0.00 |
| NOTFILED | Mutual Management Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Revenue Cycle Partners | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Resurgent Capital Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Swedish American Hospital | 7100-000 | 1,286.33 | N/A | N/A | 0.00 |
| NOTFILED | Surgical Associates | 7100-000 | 39.31 | N/A | N/A | 0.00 |
| NOTFILED | Redline Recovery | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Verizon | 7100-000 | 115.73 | N/A | N/A | 0.00 |
| NOTFILED | Radiology Consultants of Rockford | 7100-000 | 221.00 | N/A | N/A | 0.00 |
| NOTFILED | Reddy Medial Associates | 7100-000 | 78.00 | N/A | N/A | 0.00 |
| NOTFILED | Elgin Laboratory Physicians | 7100-000 | 53.30 | N/A | N/A | 0.00 |
| NOTFILED | Orthopedic & Spiine Surgery | 7100-000 | 16.00 | N/A | N/A | 0.00 |
| NOTFILED | Provena St. Joseph Hospital | 7100-000 | 159,678.25 | N/A | N/A | 0.00 |
| NOTFILED | Oxford Management Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial Systems | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Radiology Associates of Wausau | 7100-000 | 113.38 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Collection Bureau, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ACC International ACC Building | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ABC Credit Recovery | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Alliance Collection Agencies, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Alllied Interstate | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Armor Systems Corporation | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | AMO Recoveries | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Consultants In Diagnostic Imaging | 7100-000 | 11.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Client Services | 7100-000 | 704.91 | N/A | N/A | 0.00 |
| NOTFILED | Department Stores National Bank | 7100-000 | 445.77 | N/A | N/A | 0.00 |
| NOTFILED | Central DuPage Hospital | 7100-000 | 247.94 | N/A | N/A | 0.00 |
| NOTFILED | Dependon Collection Service, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Blue Cross | 7100-000 | 264.62 | N/A | N/A | 0.00 |
| NOTFILED | Cabela's Visa Center | 7100-000 | 7,903.55 | N/A | N/A | 0.00 |
| NOTFILED | Aspirus Wausau Hospital | 7100-000 | 999.46 | N/A | N/A | 0.00 |
| NOTFILED | Arrow Financial | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Aurora Radiology Consultants | 7100-000 | 65.00 | N/A | N/A | 0.00 |
| NOTFILED | Assoiciated Imaging Specialists | 7100-000 | 437.00 | N/A | N/A | 0.00 |
| NOTFILED | Elgin Gastroenterology | 7100-000 | 198.00 | N/A | N/A | 0.00 |
| NOTFILED | BCBS of Minnesota | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 221,313.56 | 42,670.51 | 42,670.51 | 1,749.05 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-76141 | **Trustee:** (330410) STEPHEN G. BALSLEY |
| **Case Name:** TURNER, MARK A | **Filed (f) or Converted (c):** 12/17/10 (f) |
| TURNER, MELODY M. | **§341(a) Meeting Date:** 01/20/11 |
| **Period Ending:** 02/03/12 | **Claims Bar Date:** 04/29/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)<br><br>**Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Homestead Real Estate 304 South Hadsall Street G | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 2  U. S. Currency Debtors' Residence | 100.00 | 0.00 | DA | 0.00 | FA |
| 3  Checking Account Citizens First National Bank 32 | 760.00 | 0.00 | DA | 0.00 | FA |
| 4  Business Checking Account Citizens First Nationa | 45.69 | 0.00 | DA | 0.00 | FA |
| 5  Savings Account Citizens First National Bank 327 | 11.73 | 0.00 | DA | 0.00 | FA |
| 6  2 Couches. loveseat, recliner, 2 beds, 3 dresser | 2,945.00 | 0.00 | DA | 0.00 | FA |
| 7  washer, dryer, refrigerator, stove, dishwasher, | 1,655.00 | 0.00 | DA | 0.00 | FA |
| 8  40 DVDs, 200 CDs, 20 books, 25 xbox games Debtor | 805.00 | 0.00 | DA | 0.00 | FA |
| 9  Miscellaneous Clothing Debtors' Residence | 800.00 | 0.00 | DA | 0.00 | FA |
| 10  Wedding Rings, watches x 2, jewelry Debtors' Res | 900.00 | 0.00 | DA | 0.00 | FA |
| 11  Digital camera, camcorder, fishtank Debtors' Res | 250.00 | 0.00 | DA | 0.00 | FA |
| 12  Golf Clubs, baseball gloves, fishing poles, 2 sh | 990.00 | 0.00 | DA | 0.00 | FA |
| 13  1995 Aluma Lite Travel Trailer Debtors Residence<br>Orig. Asset Memo: The debtors amended their schedules reflecting a decrease in the trailer's value due to initially overestimating, and upon invesitgation discovered significant water damage to the trailer thus resulting in a lower value.; Imported from Amended Doc#: 26; Original exemption amount: 2112.00 | 2,700.00 | 588.00 | DA | 0.00 | FA |
| 14  2000 Jeep Grand Cherokee Debtors Residence | 3,625.00 | 0.00 | DA | 0.00 | FA |
| 15  Utility Trailer Debtors' Residence | 400.00 | 400.00 | DA | 0.00 | FA |
| 16  2005 Ford F150 Debtors Residence | 12,925.00 | 0.00 | DA | 0.00 | FA |
| 17  Printer, copier, ink cartridge, paper shreadder | 415.00 | 415.00 | DA | 0.00 | FA |
| 18  Tow Dolly Debtors' Residence | 700.00 | 700.00 | DA | 0.00 | FA |
| 19  Federal Tax Refund including $800.00 *Making Wor | 4,360.00 | 3,560.00 | DA | 3,560.00 | FA |
| Int  INTEREST  (u) | Unknown | N/A | | 0.14 | FA |
| **20 Assets    Totals** (Excluding unknown values) | **$184,387.42** | **$5,663.00** | | **$3,560.14** | **$0.00** |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 10-76141 | Trustee:        (330410)    STEPHEN G. BALSLEY |
| Case Name:    TURNER, MARK A | Filed (f) or Converted (c): 12/17/10 (f) |
|                 TURNER, MELODY M. | §341(a) Meeting Date:    01/20/11 |
| Period Ending: 02/03/12 | Claims Bar Date:    04/29/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    September 8, 2011        **Current Projected Date Of Final Report (TFR):**    September 8, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 10-76141 | |
| Case Name: | TURNER, MARK A | |
| | TURNER, MELODY M. | |
| Taxpayer ID #: | **-***3786 | |
| Period Ending: | 02/03/12 | |

| | |
|---|---|
| Trustee: | STEPHEN G. BALSLEY (330410) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-*****97-65 - Money Market Account |
| Blanket Bond: | $373,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/17/11 | {19} | Mark A. Turner | Non-exempt portion of debtors' 2010 income tax refund | 1124-000 | 3,560.00 | | 3,560.00 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 3,560.01 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,560.03 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,560.06 |
| 05/31/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #10-76141 | 2300-000 | | 3.91 | 3,556.15 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,556.17 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,556.20 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 4.14 | 3,552.06 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,552.09 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,527.09 |
| 09/08/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 3,527.09 |
| 09/08/11 | | To Account #9200******9766 | Transfer funds from MMA to checking account | 9999-000 | | 3,527.09 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 3,560.14 | 3,560.14 | $0.00 |
| Less: Bank Transfers | 0.00 | 3,527.09 | |
| **Subtotal** | 3,560.14 | 33.05 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$3,560.14** | **$33.05** | |

{} Asset reference(s)

Printed: 02/03/2012 02:58 PM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-76141 | **Trustee:** STEPHEN G. BALSLEY (330410) |
| **Case Name:** TURNER, MARK A | **Bank Name:** The Bank of New York Mellon |
| TURNER, MELODY M. | **Account:** 9200-******97-66 - Checking Account |
| **Taxpayer ID #:** **-***3786 | **Blanket Bond:** $373,000.00  (per case limit) |
| **Period Ending:** 02/03/12 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/08/11 | | From Account #9200******9765 | Transfer funds from MMA to checking account | 9999-000 | 3,527.09 | | 3,527.09 |
| 10/26/11 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $888.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 888.00 | 2,639.09 |
| 10/26/11 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $890.04, Trustee Compensation;  Reference: | 2100-000 | | 890.04 | 1,749.05 |
| 10/26/11 | 103 | National Bank & Trust Company | Dividend paid 4.09% on $6,127.64; Claim# 1 -2; Filed: $6,127.64; Reference: | 7100-000 | | 251.17 | 1,497.88 |
| 10/26/11 | 104 | Mutual Management Services | Dividend paid 4.09% on $1,143.11; Claim# 2; Filed: $1,143.11; Reference: | 7100-000 | | 46.86 | 1,451.02 |
| 10/26/11 | 105 | Chase Bank USA, N.A. | Dividend paid 4.09% on $9,820.71; Claim# 4; Filed: $9,820.71; Reference: | 7100-000 | | 402.55 | 1,048.47 |
| 10/26/11 | 106 | Chase Bank USA, N.A. | Dividend paid 4.09% on $5,687.59; Claim# 5; Filed: $5,687.59; Reference: | 7100-000 | | 233.13 | 815.34 |
| 10/26/11 | 107 | Chase Bank USA,N.A | Dividend paid 4.09% on $595.12; Claim# 6; Filed: $595.12; Reference: | 7100-000 | | 24.39 | 790.95 |
| 10/26/11 | 108 | American Express Centurion Bank | Dividend paid 4.09% on $683.04; Claim# 7; Filed: $683.04; Reference: | 7100-000 | | 28.00 | 762.95 |
| 10/26/11 | 109 | Ford Motor Credit Company | Dividend paid 4.09% on $11,612.08; Claim# 8; Filed: $11,612.08; Reference: | 7100-000 | | 475.97 | 286.98 |
| 10/26/11 | 110 | Capital Recovery IV LLC | Dividend paid 4.09% on $726.64; Claim# 9; Filed: $726.64; Reference: | 7100-000 | | 29.78 | 257.20 |
| 10/26/11 | 111 | Capital Recovery IV LLC | Dividend paid 4.09% on $1,433.30; Claim# 10; Filed: $1,433.30; Reference: | 7100-000 | | 58.75 | 198.45 |
| 10/26/11 | 112 | Capital Recovery IV LLC | Dividend paid 4.09% on $4,796.48; Claim# 11; Filed: $4,796.48; Reference: | 7100-000 | | 196.61 | 1.84 |
| 10/26/11 | 113 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 1.84 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 3,527.09 | 3,527.09 | **$0.00** |
| Less: Bank Transfers | 3,527.09 | 0.00 | |
| **Subtotal** | 0.00 | 3,527.09 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$3,527.09** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-76141 |
| Case Name: | TURNER, MARK A |
| | TURNER, MELODY M. |
| Taxpayer ID #: | **-***3786 |
| Period Ending: | 02/03/12 |

| | |
|---|---|
| Trustee: | STEPHEN G. BALSLEY (330410) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******97-66 - Checking Account |
| Blanket Bond: | $373,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # 9200-******97-65 | 3,560.14 | 33.05 | 0.00 |
| Checking # 9200-******97-66 | 0.00 | 3,527.09 | 0.00 |
| | $3,560.14 | $3,560.14 | $0.00 |

{} Asset reference(s)

Printed: 02/03/2012 02:58 PM    V.12.57